No. 04–8398. TAYLOR v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–8400. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8403. BRITT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8421. GUERRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8427. ESTRADA-SOTO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8428. DADE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8434. BURSE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–704. TRAWINSKI v. UNITED TECHNOLOGIES CARRIER CORP. ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–10875. MENDOZA v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, ante, p. 855;
No. 04–5708. CEDANO-MEDINA v. UNITED STATES, ante, p. 1035;
No. 04–6345. JACKSON v. CAMBRA, WARDEN, ET AL., ante, p. 1005;
No. 04–6557. PRUITT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ante, p. 1023;
No. 04–6708. BANSAL v. LAMAR UNIVERSITY ET AL., ante, p. 1027;
No. 04–6818. RICHBURG v. UNITED STATES, ante, p. 994;
No. 04–7003. IN RE VOVAK, ante, p. 1048;
No. 04–7127. PESCI v. GANSHEIMER, WARDEN, ante, p. 1068;
No. 04–7287. ROHN v. UNITED STATES, ante, p. 1072;
No. 04–7300. IN RE VOVAK, ante, p. 1049;
No. 04–7318. CASTRO-BALDERAS, AKA MEDINA-TELFINO, AKA LUNA v. UNITED STATES; ARVIZO-ENRIQUEZ v. UNITED STATES;

CHAVEZ-MARTINEZ *v.* UNITED STATES; MORENO-AMAYA, AKA GARCIA, AKA MORENO, AKA GUADALUPE MORENO *v.* UNITED STATES; RODRIGUEZ-LOPEZ *v.* UNITED STATES; and SOTO-VAQUERA, AKA SOTO, AKA VAGUERRA SOTO, AKA SOTO VAGUERRA *v.* UNITED STATES, *ante,* p. 1073;

No. 04-7323. CISNEROS-MUNIZ *v.* UNITED STATES; and NAVARETTE-MORALES, AKA VALERANO-VASQUEZ *v.* UNITED STATES, *ante,* p. 1073;

No. 04-7324. AGUILAR-GARCIA *v.* UNITED STATES; BRACERO-LEMUS *v.* UNITED STATES; CENTENO-SANCHEZ *v.* UNITED STATES; ESPARZA-ROBLES *v.* UNITED STATES; GONZALEZ-VALLEJO *v.* UNITED STATES; MENDIETA-GOMEZ *v.* UNITED STATES; NAVA-ALVAREZ *v.* UNITED STATES; DELGADO-PEREZ *v.* UNITED STATES; TORRES-PESINA *v.* UNITED STATES; RODRIGUEZ-PUENTE *v.* UNITED STATES; SANTOS-SALINAS *v.* UNITED STATES; and CARREON-SUAREZ *v.* UNITED STATES, *ante,* p. 1073;

No. 04-7424. TOWNSEND *v.* UNITED STATES, *ante,* p. 1076;

No. 04-7436. MCKENZIE *v.* UNITED STATES, *ante,* p. 1077;

No. 04-7479. SPRY *v.* UNITED STATES, *ante,* p. 1077; and

No. 04-7535. GREEN *v.* UNITED STATES, *ante,* p. 1079. Petitions for rehearing denied.

No. 03-10956. ECKARDT *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 860. Motion for leave to file petition for rehearing denied.

MARCH 1, 2005

No. 04-8900 (04A746). MOBLEY *v.* NIX, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 04-8901 (04A747). MOBLEY *v.* SCHOFIELD, WARDEN (two judgments). Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.